JAMES J. CUTRO
LAW OFFICES OF JAMES J. CUTRO, PC
1199 Route 22 East, Suite 304
Mountainside, New Jersey 07092
Tel (908) 408-5600
Fax (908) 408-5620
Attorneys for Defendants

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/16/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MD SABER AHMED MUNNA, on behalf of himself
And others similarly situated

                Plaintiff,

                - against -

MMW CAFÉ LLC d/b/a BLOOM'S TAVERN,
JOHN MAHON AND EUGENE WILSON, jointly
and severally

                Defendants.
------------------------------------------------------------X

17 Civ. 1668(JMF)(GWG)

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

      **IT IS HEREBY STIPULATED AND AGREED** by and between counsel for the parties hereto, that no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the above-captioned action be dismissed with prejudice in its entirety without costs or attorneys fees to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

| Law Offices of James J. Cutro, PC<br>Attorneys for Defendants | PARADALIS & NOHAVICKA, LLP<br>Attorneys for Plaintiff |
|---|---|
| By: _____<br>    James J. Cutro, Esq.<br>Dated: ~~May~~ June 9, 2017 | By: _____<br>    Ariadne Panagopoulou, Esq.<br>Dated: ~~May~~ June 15, 2017 |

SO ORDERED:
_____
USDJ
June 16, 2017